UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-CV-24339-MOORE/TORRES

DANIEL LUGO,

    Plaintiff,

v.

SPACE 34, LLC and
PARK WEST 2002 CORP.,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned attorneys, hereby stipulate and agree that the above-captioned case has been fully resolved by a Confidential Settlement Agreement and is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear his or its own attorneys' fees, costs, and expenses.

The parties request that the court retain jurisdiction solely to enforce the parties' Settlement Agreement.

Respectfully submitted this 12th day of March, 2012.

| | |
|---|---|
| s/ Drew Levitt | s/ Jose I. Baldor |
| DREW LEVITT, ESQ. | JOSE I. BALDOR, ESQ. |
| Attorney for Plaintiff | jbaldor@petersonespino.com |
| Florida Bar No. 782246 | Florida Bar No. 657360 |
| DML2@BELLSOUTH.NET | PETERSON & ESPINO, P.A. |
| LEE D. SARKIN, ESQ. | Attorneys for Defendants |
| Attorney for Plaintiff | 10631 Southwest 88th Street, Suite 220 |
| Florida Bar No. 962848 | Miami, Florida 33176 |
| lsarkin@aol.com | Telephone (305) 270-3773 |
| 4700 N.W. Boca Raton Boulevard | Facsimile  (305) 275-7410 |
| Suite 302 | |
| Boca Raton, Florida 33431 | |
| Telephone (561) 994-6922 | |
| Facsimile  (561) 994-0837 | |